Opinion issued July 29, 2010.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00053-CR

———————————

Trenton Raymon Trotti, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 337th District Court 

Harris County, Texas



Trial Court Case No. 1061118

 



 

MEMORANDUM OPINION

Appellant,
Trenton Raymon Trotti, filed a motion to dismiss his appeal.  On June 21, 2010, this Court abated this case
and ordered the trial court to hold a hearing to determine if Trotti was
indigent and if he wanted to pursue his appeal. 


          At
the hearing on June 30, 2010, Trotti declined an offer of appointed counsel and
stated unequivocally that he did not wish to pursue an appeal.  More than ten days have passed since Trotti
filed his motion to dismiss the appeal.

          We
lift the abatement and reinstate this case on the Court’s active docket, and we
grant Trotti’s motion to dismiss this appeal.

PER
CURIAM

 

Panel
consists of Justices Jennings, Alcala, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).